# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2413
Lower Tribunal No. DOS 21-01 DHR

_____

GLOBAL MARINE EXPLORATION, INC.,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT OF STATE, DIVISION OF HISTORICAL RESOURCES,

Appellee.

_____

Appeal from Final Agency Action by the Department of State, Division of Historical Resources.

June 11, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and GANNAM, J., and LAMBERT, B.D., Associate Judge, concur.


Jennifer A. Winegardner, of Rayboun Winegardner PLLC, Tallahassee, for Appellant.

Joseph S. Van de Bogart, General Counsel, Ashley E. Davis, Chief Deputy General Counsel, and Genevieve W. McNalis, Assistant General Counsel, of Florida Department of State, Tallahassee, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED